# Exhibit A: April 29, 2024 Email to Butler – Protected Speech on Mismanagement

April 29, 2024 email chain from Plaintiff, a contracted IT technician at Southeast Delco School District, to Craig Butler (Chief Operating Officer and CFO), in which Plaintiff criticized the District's financial mismanagement, infrastructure failures (including a core network switch at end-of-life since 2014), and student burnout due to lack of device access. The email followed Plaintiff's formal job interview rejection and was sent after being told to contact Butler. Butler confirmed receipt. Also includes the automated reapplication rejection notice. This email constitutes core protected speech immediately preceding Plaintiff's termination.

| | |
|---|---|
| **From:** | Craig Butler <cbutler@sedelco.org> |
| **Sent:** | Monday, April 29, 2024 4:48 PM |
| **To:** | Charles Gibbone; Sunni Jennings |
| **Cc:** | Yamil Sanchez; Stephanie Woolley; Megan Giunta; Matt Miller |
| **Subject:** | Re: Thank You for Your Interest |

Good afternoon Mr. Gibbone:

This response will confirm that I am in receipt of your below-stated email.

Thank you,

Craig


Craig A. Butler
Chief Operating and Financial Officer
***Southeast Delco School District***
1560 Delmar Drive
Folcroft, PA 19032
610-522-4300 Ext. ▮▮
cbutler@sedelco.org

---

**From:** Charles Gibbone <cgibbone@sedelco.org>
**Sent:** Monday, April 29, 2024 3:37 PM
**To:** Sunni Jennings <sjennings@sedelco.org>; Craig Butler <cbutler@sedelco.org>
**Cc:** Yamil Sanchez <ysanchez@sedelco.org>; Stephanie Woolley <swoolley@sedelco.org>; Megan Giunta <mgiunta@sedelco.org>; Matt Miller <mmiller@sedelco.org>
**Subject:** Re: Thank You for Your Interest

Hello,

In Dr. Sanchez's DCIU AP speech, one of my favorite parts was when he spoke about how at Reading, whenever there was a big decision about buying something, not buying something, multiple people had to write off on it or approve it. This is for sure a policy that needs to be enforced here at Southeast Delco.

Craig, to my understanding, you are the Chief Financial Officer. A few months ago, you did not respond in time to an Overtime issue. The issue was the escalated to Dr. Wynder. After the overtime issue was resolved, you told Dominic, a former student and now employee, that he is no longer allowed to work the board meetings. This indirectly caused the TV news program to plummet, students are now being overworked to help Mr. Nurse. Now, Matt has to work the board meetings with no pay, and the stress trickles down from the top. At the same time, the Core Switch reached end of life in 2014- and if that goes out, all of the internet in every single building goes out. Sunni has had to replace 10+ end of life network switches since starting, which isn't even an IT director's job.

You may have a proven track record operating as the CFO, but I was wondering what your credentials are to make such big tech decisions. At the end of the day, while I may have gotten screwed over, it's the teachers and the students that have already felt the effects of weak leadership. With this being said, how am I not qualified? As far as i'm concerned, IT techs are here to help the future generation of students, as well as staff and admin. The people who really should be the ones letting you know if you're qualified or not are the principals, teachers, and students at the schools- not somebody who hasn't gone to AP in years.

I personally think it would be in EVERYONE'S best interest for a meeting. This extends beyond just me not getting hired- this has to do with individuals nonchalantly messing with staff and taxpayer dollars.

Let me know your thoughts,
Charles

Get Outlook for iOS

---

**From:** Sunni Jennings <sjennings@sedelco.org>
**Sent:** Monday, April 29, 2024 3:13:46 PM
**To:** Charles Gibbone <cgibbone@sedelco.org>; Craig Butler <cbutler@sedelco.org>
**Cc:** Yamil Sanchez <ysanchez@sedelco.org>; Stephanie Woolley <swoolley@sedelco.org>; Megan Giunta <mgiunta@sedelco.org>
**Subject:** RE: Thank You for Your Interest

Good Afternoon , Please forward your questions to Mr.  Craig Butler

**Thank You**

**Sunni Jennings**
**Southeast Delco School District**
**Director of Technology**
**1560 Delmar Drive**
**Folcroft, PA 19032**
**Email: sjennings@sedelco.org**
**Office: 610-522-4300 x** ▮▮▮

**Confidentiality Requirement:** This communication/ email message, including any attachment(s), is for the sole use of the intended recipient(s) and may contain privileged, confidential, or copyrighted information under applicable law.  Any unauthorized review, use, disclosure or distribution is strictly prohibited.  If you are not the intended recipient, you are formally notified that any review, use, disclosure, dissemination, copying or distribution of this email, or any of its contents, in whole or in part, is strictly prohibited. Please immediately contact the sender by email and delete this email from your system without copying or forwarding it.  Please DO NOT FORWARD OR ADD OTHER RECIEPIENTS to this email unless authorized by the original sender.

---

**From:** Charles Gibbone <cgibbone@sedelco.org>
**Sent:** Monday, April 29, 2024 3:02 PM
**To:** Sunni Jennings <sjennings@sedelco.org>
**Cc:** Yamil Sanchez <ysanchez@sedelco.org>; Stephanie Woolley <swoolley@sedelco.org>; Megan Giunta

<mgiunta@sedelco.org>
**Subject:** Fwd: Thank You for Your Interest

Hello,

I hope all is well. My name is Charles Gibbone, and I have been a contractor working at Southeast Delco for the past year and 6 months, with a proven track record of working closely with students and staff members. At your earliest convenience, please let me know in writing how I do not qualify for the job, and what I can do better going forward.

Thanks,
Charles

Get Outlook for iOS

---

**From:** Southeast Delco School District <do_not_reply@ted.peopleadmin.com>
**Sent:** Monday, April 29, 2024 1:56:16 PM
**To:** Charles Gibbone <cgibbone@sedelco.org>
**Subject:** Thank You for Your Interest

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Thank You for Your Interest

**Thank You for Your Interest**

I hope this email finds you well. We sincerely appreciate the time and effort you invested in the application/interview process for the open position at the Southeast Delco School District.

After careful consideration, we have chosen to move forward with other candidates for this particular position. Please know that this decision was not easy, as we were impressed with your skills, experience, and the qualities you would bring to our team.

We want to express our gratitude for your interest in joining our district. Although we won't be moving forward with your application at this time, we want to encourage you to continue pursuing your career goals. We believe that your skills and expertise will undoubtedly lead you to exciting opportunities in the future.

We wish you the very best in your job search and hope that you find a role that aligns perfectly with your career aspirations. Should you have any questions, please feel free to reach out to our Human Resources Department.

Thank you once again for your interest, and we wish you every success in your future endeavors.

Warm regards,
Human Resources

Southeast Delco School District

Powered by PowerSchool Unified Talent™ Applicant Tracking

## Exhibit B: April 30, 2024 Termination Notice – Pretextual Reason Provided by Robert Half

Screenshot of an email from Abby Fox, Branch Director of Technology at Robert Half, to Plaintiff dated April 30, 2024, confirming the immediate termination of Plaintiff's contract with Southeast Delco School District. The email cites 'professionalism in the workplace regarding communication' as the reason, provided less than 24 hours after Plaintiff's April 29, 2024 email to Craig Butler (see Exhibit A). This constitutes evidence of temporal proximity and supports the claim of pretextual termination following protected speech criticizing District management.

**2:02**



Hi Charles,

Just wanted to follow up on our conversation from yesterday.  Per our discussion, your contract with the Southeast Delco School District was terminated effective Tuesday, April 30th due to professionalism in the workplace regarding communication.

Shall you choose to reach out – you can call this number (RH Hotline) (888) 875-4901.  If you have any questions, let me know!

Thanks,

**Abby Fox**

**Branch Director of Technology**

Direct Line: (267) 996-4347

Cell Phone: (609) 744-8868

Connect with me on <u>Linkedin</u>



## Exhibit C: April 29, 2024 Email Inquiry to Speak at Board Meeting - Protected Public Speech Request

April 29, 2024 email chain from Plaintiff to School Board President Sheree Monroe and Racquel Irons, the principal's secretary, requesting guidance on the process to speak at a public board meeting under the non-agenda section. Plaintiff, a contracted employee at the time, intended to speak alongside two former students to raise concerns about operational failures, network infrastructure issues, and their impact on students and staff. Irons confirmed the process, requiring completion of a comment card with 3 minutes allotted per speaker, while no further response was received from Monroe. This communication constitutes protected petitioning activity on matters of public concern, occurring the same day as Plaintiff's direct email to CFO Craig Butler (see Exhibit A) and less than 24 hours before Plaintiff's termination (see Exhibit B).

**Craig Butler**

| | |
|---|---|
| **From:** | Charles Gibbone <cgibbone@sedelco.org> |
| **Sent:** | Monday, April 29, 2024 10:12 AM |
| **To:** | Racquel Irons; Sheree Monroe |
| **Subject:** | Re: How to Speak at a Board Meeting |

Thank you. I'm not in today, but are there comment cards in the Main office available for pickup?

Get Outlook for iOS

---

**From:** Racquel Irons <rirons@sedelco.org>
**Sent:** Monday, April 29, 2024 10:10:46 AM
**To:** Charles Gibbone <cgibbone@sedelco.org>; Sheree Monroe <smonroe@sedelco.org>
**Subject:** Re: How to Speak at a Board Meeting

Good Morning Mr. Gibbone:
You and the students would fill out the "comment card". You will be called to the podium. You are correct, each community member/employee will have 3 minutes for comments.

Hope this helps,
Rock

Racquel Irons
Secretary to Principal Sherin
Academy Park High School
300 Calcon Hook Road
Sharon Hill, PA  19079
610-522-4330 x6230
rirons@sedelco.org



---

**From:** Charles Gibbone <cgibbone@sedelco.org>
**Sent:** Monday, April 29, 2024 9:51 AM
**To:** Sheree Monroe <smonroe@sedelco.org>; Racquel Irons <rirons@sedelco.org>
**Subject:** How to Speak at a Board Meeting

Hello,

How do I, along with 2 other former students speak at a board meeting for 3 minutes under the non-agenda section?

Thank you,
Charles

## Exhibit D: October 11, 2023 Email to Board President Monroe – Initial Protected Disclosure of Financial and Operational Concerns

Email from Plaintiff to School Board President Sheree Monroe raising concerns about Southeast Delco's employment practices, misuse of funding explanations ("the school can't afford it"), lack of sick leave protections for contractors, unpaid overtime to another tech staff member, and long-term harm to students from administrative inaction. The email follows an in-person discussion with Monroe in which she invited a follow-up. The email was forwarded to Defendant Butler without any reply from Monroe and constitutes Plaintiff's earliest written protected speech.

**Craig Butler**

| | |
|---|---|
| **From:** | Charles Gibbone <cgibbone@sedelco.org> |
| **Sent:** | Wednesday, October 11, 2023 1:27 PM |
| **To:** | Sheree Monroe |
| **Cc:** | Dominic Vozzelli; Evan Nurse |
| **Subject:** | Southeast Delco |

Good afternoon,

This is Charles Gibbone, the PC Technician at Academy Park and Sharon Hill. We did have an opportunity to briefly meet in the past with Ms. Irons- hope everything is going well. When we spoke in the past, we had discussed the possibility of me working on the district website for extra pay, but there was an obstacle. The obstacle is I am not an "official" Southeast Delco Employee. Due to this, I cannot assist in school oriented programs like PowerSchool because I work with Robert Half, which is an agency. I was entirely fine working under contract because I was under the impression that eventually, I will get hired. The obstacle in the way was the fact that apparently they had to "buy me out" from the Agency, even if I worked for the school under the agency for years. The theory was the buyout would become less and less the longer I worked here. I could have sworn there was something not correct about this, considering I never saw a date in my contract. Fast forward to a month ago, I was correct- there was no contract date. Turns out they're just waiting to hire me because of a new director (Lessons can be learned as well on why Dan left...) and the school does not have "enough money" to hire me. Well, they hired another technician for Harris and Knight Academy. 3 Weeks ago I was in a car crash which resulted in a concussion and I had no sick days, no personal days, etc.

Also, Dominic Vozzelli is a former APHS graduate who has actively been involved in the Tech Crew since 2014 has not been paid his overtime. He already sent you an email but he will forward it to you. It's a shame because we had a director who genuinely cared, a former student who is now a technician that genuinely cares, and I genuinely care. The point of technology is bring humans together. If someone has an issue at ESC, their tech guy is right there (Sunni, the new director.) However, it's the STUDENTS and the staff that genuinely care for the students that are the most effected.

When you look at studies on why crime happens, it's because of relationship issues with parents, poverty, and the school district. I have had the notoriously WORST kids come into my office and give me nothing but respect, asking what this computer cart is, how this and that works. Mr. Nurse, the video production teacher along with Dominic has also been effected. He told me a story about a former troubled student who turned around and ended up working with the school for ten years, solely because the school had opportunities for him. The common theme around here is that there aren't opportunities- why? Because the school cannot "afford it." But just like my contract, no one even bothered to look. Using the phrase "the school can't afford it" is a convenient way of avoiding ownership of issues and pushing it onto someone else. Mr. Nurse assists in recording the board meetings and has for YEARS. My angle is not to simply just get hired or simply just to complain, but rather hold people accountable. When you think deeply about the subject, it's heartbreaking that we witness first hand students, staff, and parent's being let down due to excuses. If the 3 of us have to hold ourselves extremely accountable for our own actions since were overworked due to the lack of Technology support, it is very easy to sniff out people that are simply just making excuses. The irony is the people making the excuses and calling the shots never come to visit the schools. There's a stigma that the schools are dangerous and unsafe, but realistically they aren't terrible. What's terrible is the fact that they will genuinely go down-hill if technology continues to advance while admins remain ignorant to it and don't value it. The point of having tech people and a director is so that they can discover student and staff needs, then find ways to implement technology as a solution.

Let me know your thoughts, and if we can schedule a phone call or further discussion.

Thank you in advance,
Charles Gibbone

**Craig Butler**

| | |
|---|---|
| **From:** | Sheree Monroe <smonroe@sedelco.org> |
| **Sent:** | Friday, October 13, 2023 5:40 PM |
| **To:** | Craig Butler |
| **Subject:** | Fwd: Southeast Delco |

CONFIDENTIALITY NOTICE: This email message, including any attachments, is intended for the sole use of the individual(s) and entity(ies) to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended addressee, or are not authorized to receive for the intended addressee, you are hereby notified that you may not use, copy, disclose or distribute to anyone this email message including any attachments, or any information contained in this email message including any attachments. If you have received this email message in error, please immediately notify the sender by reply email and delete the message.

Sincerely,
Sheree Monroe

Begin forwarded message:

> **From:** Charles Gibbone <cgibbone@sedelco.org>
> **Date:** October 11, 2023 at 1:27:21 PM EDT
> **To:** Sheree Monroe <smonroe@sedelco.org>
> **Cc:** Dominic Vozzelli <dvozzelli@sedelco.org>, Evan Nurse <enurse@sedelco.org>
> **Subject: Southeast Delco**
>
> Good afternoon,
>
> This is Charles Gibbone, the PC Technician at Academy Park and Sharon Hill. We did have an opportunity to briefly meet in the past with Ms. Irons- hope everything is going well. When we spoke in the past, we had discussed the possibility of me working on the district website for extra pay, but there was an obstacle. The obstacle is I am not an "official" Southeast Delco Employee. Due to this, I cannot assist in school oriented programs like PowerSchool because I work with Robert Half, which is an agency. I was entirely fine working under contract because I was under the impression that eventually, I will get hired. The obstacle in the way was the fact that apparently they had to "buy me out" from the Agency, even if I worked for the school under the agency for years. The theory was the buyout would become less and less the longer I worked here. I could have sworn there was something not correct about this, considering I never saw a date in my contract. Fast forward to a month ago, I was correct- there was no contract date. Turns out they're just waiting to hire me because of a new director (Lessons can be learned as well on why Dan left...) and the school does not have "enough money" to hire me. Well, they hired another technician for Harris and Knight Academy. 3 Weeks ago I was in a car crash which resulted in a concussion and I had no sick days, no personal days, etc.
>
> Also, Dominic Vozzelli is a former APHS graduate who has actively been involved in the Tech Crew since 2014 has not been paid his overtime. He already sent you an email but he will forward it to you. It's a shame because we had a director who genuinely cared, a former student who is now a technician that genuinely cares, and I genuinely care. The point of technology is bring humans together. If someone has

## Exhibit E: February 28, 2024 Email to Assistant Superintendent Ryan – Internal Whistleblowing on Chromebook Hoarding and Infrastructure Failures

Email chain between Plaintiff and Assistant Superintendent Jeffrey Ryan, sent on February 28, 2024, in which Plaintiff raises concerns about approximately 1,600 Emergency Connectivity Fund (ECF) Chromebooks being hoarded in the Educational Service Center (ESC) building due to their undistribution to students, as well as dangerous infrastructure issues, including the District's core network switch being past end-of-life since 2014. Plaintiff highlights systemic mismanagement, financial waste, and their impact on students, requesting a confidential meeting to present printed documentation. Ryan agreed to meet during a school visit. This constitutes protected speech on matters of public concern and forms part of a pattern of whistleblowing leading up to Plaintiff's termination.

**Craig Butler**

| | |
|---|---|
| **From:** | Charles Gibbone <cgibbone@sedelco.org> |
| **Sent:** | Wednesday, February 28, 2024 7:42 AM |
| **To:** | Jeffrey Ryan |
| **Subject:** | Re: Technology Situation |

I get in at 8 and leave at 4. My office is at Academy Park. I have to run to Sharon Hill at times, but it's as needed. Let me know your schedule, as mine is very flexible. 10-15 minutes is all I need- I have printed out everything in advance. I see you semi frequently, so feel free to just walk in my office if you see me!

Get Outlook for iOS

---

**From:** Jeffrey Ryan <jryan@sedelco.org>
**Sent:** Wednesday, February 28, 2024 7:36:57 AM
**To:** Charles Gibbone <cgibbone@sedelco.org>
**Subject:** RE: Technology Situation

If you let me know your daily schedule, I will try to match up a school visit and stop in and see you.

**From:** Charles Gibbone <cgibbone@sedelco.org>
**Sent:** Wednesday, February 28, 2024 7:14 AM
**To:** Jeffrey Ryan <jryan@sedelco.org>
**Subject:** Technology Situation
**Importance:** High

Good morning,

I hope you're doing well. I understand this email may be a bit unexpected, but you have a proven track record and are notoriously visiting the schools. It's obvious that you clearly care about the state of the school.

With this being said, I would like to bring some things to your attention. We've met in person before, but i'm not sure if you're aware that I do not work for the district. I have been kept under contract for the past year, with promises of being hired. It's now clear to me for the last few months that I most likely won't be getting hired. Originally, I was meant to only be a contractor for a month to temporarily help out, but admin and staff felt that I was a good fit and I have been at AP, Sharon Hill, and essentially all over the district ever since. From my understanding, if someone is at the school as a temp, the district has to leave that job posting up on the website until the position is truly filled. They have had deleted the Desktop Technician listing for months in order to lead me on. Since working here, it's been on me to use my own gas to go to ESC and pick up laptops to distribute them to the schools since Sunni was not made aware that there's still 1600 devices over at ESC, taking up space in the telephone room, Jen Peterson's office, and every nook and cranny you can think of. I want to emphasize this disorganization is not on Sunni.

We had a meeting yesterday with Mr. Sherin, admin, and the Tech Department. It was eye opening to them- however unfortunately I'm well aware how bad the technology situation is because Dan Kitchen was trying to repair things for years, and was basically told "wait until it breaks."

This is why there was a complete roll over of techs, and Dominic and I are the only ones who have been here more than a year at this point. The core switch, which controls the internet for the WHOLE district, reached it's end of life in 2014. The warranty expired before that. With this being said, if this fails, the whole district would lose internet access, phones, printers, etc. The lights are also WiFi controlled now, meaning the lights would go out.

I have a ton of information. I was wondering if you would be available to preferably meet in person to discuss this in private. If not, please let me know if you are available for a phone call. I have printed out tons of information that helps paint the bigger picture of what's going on within the district. I'm hoping this information will be kept private until Dr. Sanchez starts, and then all of this can be relayed to him.

I appreciate the fact that you have been passionate about the district for apparently almost a decade! Thank you so much in advance.


Sincerely,
Charles


Get Outlook for iOS

We had a meeting yesterday with Mr. Sherin, admin, and the Tech Department. It was eye opening to them- however unfortunately I'm well aware how bad the technology situation is because Dan Kitchen was trying to repair things for years, and was basically told "wait until it breaks."

This is why there was a complete roll over of techs, and Dominic and I are the only ones who have been here more than a year at this point. The core switch, which controls the internet for the WHOLE district, reached it's end of life in 2014. The warranty expired before that. With this being said, if this fails, the whole district would lose internet access, phones, printers, etc. The lights are also WiFi controlled now, meaning the lights would go out.

I have a ton of information. I was wondering if you would be available to preferably meet in person to discuss this in private. If not, please let me know if you are available for a phone call. I have printed out tons of information that helps paint the bigger picture of what's going on within the district. I'm hoping this information will be kept private until Dr. Sanchez starts, and then all of this can be relayed to him.

I appreciate the fact that you have been passionate about the district for apparently almost a decade! Thank you so much in advance.

Sincerely,
Charles

Get Outlook for iOS

## Exhibit F: March 5, 2024 Email to Incoming Superintendent Sanchez – Advance Warning of Retaliation and Offer of Whistleblower Documentation

March 5, 2024 email from Plaintiff to incoming Superintendent Yamil Sanchez Rivera and secretary Kalena Wheeler, detailing Plaintiff's year-long contractor status with Southeast Delco School District and offering a 30+ page folder of documentation highlighting widespread technology mismanagement. Plaintiff addresses hiring irregularities, internal disorganization, and expresses concern about potential retaliation with the statement: "if my rights were to randomly get taken away / the business department randomly ended my contract." The email also notes recent positive changes in the technology department, including the start of weekly meetings, in anticipation of new leadership. No response was received. This constitutes protected whistleblower speech on matters of public concern and underscores pre-termination alerts to executive leadership.

**Craig Butler**

| | |
|---|---|
| **From:** | Charles Gibbone <cgibbone@sedelco.org> |
| **Sent:** | Tuesday, March 5, 2024 2:24 PM |
| **To:** | Yamil Sanchez |
| **Cc:** | Kalena Wheeler |
| **Subject:** | Possible Technology Meeting |

Good afternoon Dr. Sanchez,

Nice to "meet" you! My name is Charles Gibbone, and I am a contractor employed over at Sharon Hill and Academy Park High School. Even though we haven't officially met in person, I have heard many great things and picked up on your passionate energy while listening to part of the new superintendent speech. Before anything, I want to mention I really appreciate you, as well as most of the staff already. I have already seen you down at the schools, and you seem very personable and receptive of individual's feelings- the complete opposite of what we had before.

I have been a contractor employed by Robert Half working at APHS for a full year now. I was originally supposed to be here for only a month, but admin and staff at the high schools appreciated my work so much that my contract was extended to no end date, and i've been waiting to be employed by the district for a full year as a Help Desk Technician Tech. I'm almost positive Mrs. Wooley has no idea who I am, and I have reason to believe they are conducting interviews behind my back to ensure a new tech is put into place.

Given the fact that i'm a contractor, the original premise of me being employed here was that I would make technology recommendations. I would like to bring urgent matters to your attention. I have put together an envelope with 30+ pages of documentation from our Tech inventory itself and printed it out. I would like to get this information to you as soon as possible. I understand that you don't officially start until April, but I think it's very important you're given this information ASAP, especially if my rights were to randomly get taken away/ the business department randomly ended my contract with Robert Half.

As of now, the whole tech department only has 4 members including myself and the director.  The new director and Technology supervisor at ESC are new as of this year, while Dominic Vozelli and I have been here for a little more than a year under the old Director and Judy Orner, who worked here for 25 years. I personally believe the new director and Technology supervisor have no idea what's really going on behind the scenes, but I also am aware that the information is being twisted by another individual within the business department. Please let me know your thoughts and if it's possible I can drop off the envelope. Admin down at the schools will be able to validate what the points i'm making in the enevelope , and now we have weekly tech meetings to make sure things around the school is up to date. We never had weekly tech meetings until there was word you were starting.

Thank you in advance, and I look forward to meeting you!

Sincerely,
Charles

Get Outlook for iOS

**Exhibit H: April 29, 2024 Text Message Exchange with Technology Supervisor – Referral to Craig Butler as Final Decision-Maker**

April 29, 2024 iMessage exchange between Plaintiff and direct supervisor Matt Miller, in which Plaintiff asks why he was deemed "not qualified" for the full-time position he had already been performing for over a year. Miller declines to answer and states: *"I have been told to redirect you to Mr. Butler... as he is Sunni and I's supervisor."* This confirms that Craig Butler was the final decision-maker regarding hiring decisions, reinforcing his role as a final policymaker under *Monell* liability. Miller offers to write a recommendation but avoids addressing the core question of qualifications, indicating awareness of a non-performance-based rationale. This exchange occurred on the same day as Plaintiff's protected email to Butler (Exhibit A) and shortly before Plaintiff's termination (Exhibit B), supporting temporal causation and pretext.



4:00

MM

matt >

Here's the thing- you are my supervisor so you're allowed. But aside from that, you can also provide recommendations. I think its safe to say obviously i'm qualified for the job

Considering i've done the job WITH you

so i'm not asking what HR said, I want YOU to tell me using your own personal experiences with me, on why I would not be qualified.

I apologize, but I cannot answer those questions. Should you need a recommendation feel free to email me and I would be happy to help you out. I have been told to redirect you to Mr. Butler if you want any further information or have any questions as he is Sunni and I's supervisor



iMessage

# Exhibit I: April 30, 2024 Post-Termination Email – Butler's Direct Involvement and Physical Presence

Internal email chain from April 30, 2024, showing Craig Butler directly confirming and thanking staff for participating in the termination of Plaintiff's contract. The message confirms Butler's operational authority and physical involvement in the firing process. Sent hours after Plaintiff was removed from Academy Park High School, this exhibit corroborates that Butler was not only the final decision-maker but also actively present, underscoring his role as a final policymaker under *Monell*. The termination occurred less than 24 hours after protected speech emails to Butler (Exhibit A) and the school board (Exhibits C–D), supporting Plaintiff's First Amendment retaliation claim.

| | |
|---|---|
| **From:** | Craig Butler <cbutler@sedelco.org> |
| **Sent:** | Tuesday, April 30, 2024 11:12 AM |
| **To:** | Sunni Jennings; Dominic Vozzelli; Evan Nurse; Matt Miller; Stephanie Woolley; Richard Sherin; Latarsha Threadgill; Jeremiah Rusnov |
| **Cc:** | Yamil Sanchez; Jeffrey Ryan; Guy Lowery; Stephanie Woolley |
| **Subject:** | Re: Charles Gibbone contract services terminated |

Good morning Mr. Jennings:

Thank you to you and Mr. Miller for your help and assistance concerning this matter. Thank you to the followings team members for being present, at APHS, this morning:

> Mrs. Latarsha Threadgill
> Mr. David Jackson
> Mr. Sunni Jennings

Best,

Craig

---

**From:** Sunni Jennings <sjennings@sedelco.org>
**Sent:** Tuesday, April 30, 2024 10:53 AM
**To:** Dominic Vozzelli <dvozzelli@sedelco.org>; Evan Nurse <enurse@sedelco.org>; Matt Miller <mmiller@sedelco.org>; Craig Butler <cbutler@sedelco.org>; Stephanie Woolley <swoolley@sedelco.org>; Richard Sherin <rsherin@sedelco.org>; Latarsha Threadgill <lthreadgill@sedelco.org>; Jeremiah Rusnov <jrusnov@sedelco.org>
**Subject:** Charles Gibbone contract services terminated

Good Morning Charles Gibbone service contract have been terminated effective immediately. I have collected his keys bag and laptop all his access to district software has been disabled

Thank you.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**Exhibit L: June 14, 2023 Email from Former Accounting Director
Nikeya Fisher to School Board - Internal Report of Financial
Misappropriation by Craig Butler**

June 14, 2023 email from Nikeya Fisher, the District's former Director of
Accounting, to the School Board and administrators, raising concerns about
misappropriated funds. Fisher reports that Craig Butler instructed her to fund
Superintendent Brenda Wynder's HSA account from district funds in 2021-2022,
totaling over $10,000, without HR approval or instructions. Fisher states the funds
were used for Wynder's appointments/treatments and were not accepted by
Independence Blue Cross. Obtained by Plaintiff via RTK request, this email
constitutes evidence of internal whistleblowing on financial impropriety and
supports a pattern of mismanagement and retaliation against those raising concerns
(e.g., Fisher's subsequent removal).

**From:** Nikeya Fisher <nfisher@sedelco.org>
**Sent:** Wednesday, June 14, 2023 1:11 PM
**To:** Chiwishi Abney; Reyshon Fowler; Sheree Monroe; Theresa Harris-Johnson; Roger Jack; Rebecca Perry; Aimee Washington; Rochelle Womack; Cynthia Woodfolk
**Subject:** Misappropriated Funds

Hello All,

It has come to my attention that I was instructed by Mr. Craig Butler to continuously fund Dr. Brenda Wynder's HSA account from 2021-2022 from the districts funds until Independence Blue Cross informed me that the contributions will not be accepted.  These funds was misappropriated from the district and Dr. Wynder used these funds to pay for her appointments/treatments.  This was not approved and not instructed by HR who usually instructs who to fund and how much.  Dr. Wynder was funded well over an additional $10,000.  I needed to bring this matter to the board so you can see how the CFO is misappropriating funds of the District.

*Nikeya Fisher*
*Director of Accounting and Finance*
*Southeast Delco School District*
*1560 Delmar Drive*
*Folcroft, PA 19032*
*610-522-4300 ext. 5320*

**Exhibit N: April 2, 2025 Delaware County DA Response and Affidavit - Confirmation of Active Criminal Investigation into Fraud and Public Corruption at Southeast Delco**

April 2, 2025 response from the Delaware County District Attorney's Office (DA) to Plaintiff's RTK request for records related to financial misconduct at Southeast Delco School District, including payroll fraud and whistleblower complaints (submitted March 22, 2025). The DA denies the request under RTKL exemptions for criminal investigative records (§ 67.708(b)(16)), attaching an affidavit from Deputy DA Douglas A. Rhoads stating the records relate to an ongoing investigation by the Special Investigations Unit (handling fraud/public corruption). The affidavit confirms complaints, investigative materials, confidential sources, and risks of disclosure (e.g., revealing progress, impairing prosecution). This corroborates the DA's active probe referenced in Exhibit J and supports claims of systemic corruption and retaliation against whistleblowers.



**OFFICE OF THE DISTRICT ATTORNEY**
DELAWARE COUNTY COURTHOUSE
MEDIA, PENNSYLVANIA 19063

(610) 891-4161

JACK STOLLSTEIMER
DISTRICT ATTORNEY

Douglas A. Rhoads
Deputy District Attorney
Phone: (610) 891-4192
OpenRecordsDA@co.delaware.
pa.us

## ATTESTATION AS REQUIRED BY APPEALS OFFICER

**Name of Respondent:**     Delaware County District Attorney's Office

**Name of Requester:**     Charles Gibbone

**Records Requested:**     Criminal Investigative Agency's Investigative Records per
March 22, 2025 Request

## CHARLES GIBBONE v. DELAWARE COUNTY DISTRICT ATTORNEY'S OFFICE,
## OOR Dkt. AP 2025-0845

I, Geoff Paine, hereby declare, pursuant to 18 Pa.C.S. § 4904, that the following statements are true and correct based upon my personal knowledge information and belief:

1. I serve as the Open Records Officer for the District Attorney's Office ("Office") and I am responsible for responding to Right to Know Law requests filed with the Office.

2. In my capacity as the Open Records Officer, I am familiar with the records of the Office.

3. The request for any investigative files, including, but not limited to correspondence, documents, et al., is protected information.  See 65 P.S, §67.708(b)(16).

4. After receipt of the above-mentioned request, I personally spoke with Deputy District Attorney Douglas Rhoads, of the Delaware County District Attorney's Office.

5. Deputy District Attorney Douglas Rhoads is the head of the Special Investigations Unit to which investigations for fraud and public corruption are directed.

6. Deputy District Attorney Douglas Rhoads confirmed that documents responsive to the March 22, 2025 request of the Charles Gibbone ("Requester") relate to a criminal investigation, i.e. 1) complaints of potential criminal conduct other than a private criminal complaint, 2) investigative materials, notes, correspondence, videos and/or reports, 3) a record that includes the identity of a confidential source or the identity of a suspect who has not been charged with an offense to whom confidentiality has been promised, and Victim information, including any information that would jeopardize the safety of the victim, excepted from Right to Know Law requests by Section 708(b)(16)(i) through (v).

7. Moreover, Deputy District Attorney Douglas Rhoads confirmed that, if disclosed, the requested information could violate Section 708(b)(16)(vi):
   (A) Reveal the institution, progress or result of a criminal investigation, except the filing of criminal charges;
   (B) Deprive a person of the right to a fair trial or an impartial adjudication;
   (C) Impair the ability to locate a defendant or codefendant;
   (D) Hinder an agency's ability to secure an arrest, prosecution or conviction; and/or
   (E) Endanger the life or physical safety of an individual.

8. Additionally, the potential corresponding documentation will include information regarding criminal investigations with some of the corresponding documentation protected under both Section 708(b)(16)(ii) 65 P.S. §§ 67.708(b)(10) and (12).

9. Finally, the extreme breadth of the request coupled with the lack of specificity, and the lengthy time frame would be unduly burdensome the Agency.

Date: April 11, 2025                    Signature: _____

                                        Geoff Paine,
                                        Deputy District Attorney
                                        Open Records Officer

Subscribed and sworn to before me

this ___11th___ day of ___April___ 2025.

___Kelly M. Wilson___

Commonwealth of Pennsylvania - Notary Seal
KELLY MARIE WILSON - Notary Public
Delaware County
My Commission Expires February 2, 2026
Commission Number 1413612

## P-3: February 6, 2025 Craig Butler Affidavit - Denying Records of Performance, Termination, and Robert Half Payments

February 6, 2025 verified statement from Craig Butler, Chief Operating and Financial Officer and Open Records Officer, denying existence of written records related to Plaintiff's employment performance, termination, or payments to Robert Half (March 2023-May 2024). Butler claims Plaintiff was a "temporary worker" not subject to District termination, with no knowledge of such records after inquiries. Sworn under 18 Pa.C.S. §4904, this contradicts Plaintiff's full-time role and District's $127k allocation, supporting claims of pretext, recordkeeping failures, and Monell liability for transparency deficits.

**COMMONWEALTH OF PENNSYLVANIA**
**OFFICE OF OPEN RECORDS**

In the Matter of                                    :
                                                    :
CHARLES GIBBONE                                     :
Requester,                                          :          Docket No.: AP 2024-2964
                                                    :
v.                                                  :
                                                    :
SOUTHEAST DELCO SCHOOL                              :
DISTRICT,                                           :
Respondent.

**VERIFIED STATEMENT**

1. I, Craig A. Butler, serve as the Chief Operating and Financial Officer and Open Records Officer ("ORO") for Southeast Delco School District ("School District").

2. In my role as ORO for the School District, I have reviewed the February 4, 2025 Final Determination issued by the Pennsylvania Office of Open Records (OOR) in this matter, which requires further action by the School District in regard to a portion of the subject Right-to-Know Law Request.

3. The OOR's Conclusion provides that:

    [W]ithin thirty days, the District is required to perform a good faith search for written records sought in the second portion of the request for internal communications and records – written records [from March 2023 to May 2024] related to the Requester's employment performance and termination, and provide said records. If the District determines that no records exist it shall provide an affidavit or verified statement to the Requester describing the search and stating that no records exist within its possession, custody or control.

4. Pursuant to the OOR's directive, I am submitting this Verified Statement to describe the good faith search that was done for the subject "written records,"[1] and to state that no records as described exist within the School District's possession, custody or control.

5. With respect to the School District's good faith search, I contacted School District personnel who might conceivably have knowledge of any "written records related to the Requester's employment performance and termination."

_____

[1] Such "written records" do not include emails, as the OOR determined that the School District provided such records on appeal and Requester's OOR appeal was moot as to these emails. See, OOR Final Determination at page 10.

6.  The Requester was not a School District employee and therefore was not subject to termination by the School District; he was a temporary worker in the School District's Information Technology Department supplied by the Robert Half staffing agency.

7.  In my good faith search for any written records as described, I inquired of the School District's Director of Technology, Network Administrator and Technical Support Personnel in the Information Technology Department. All responded to me that they possessed no such written records and had no knowledge of the whereabouts of any such records.

8.  Since Requester was a temporary worker supplied by the Robert Half staffing agency, I inquired of the relevant Business Department personnel who would have made payment to Robert Half for the hours worked by Requester. All responded to me that they possessed no such written records and had no knowledge of the whereabouts of any such records.

9.  I personally possess no such records and have no knowledge of the whereabouts of any such records.

10. I, Craig A. Butler, do hereby verify that the above statements set forth above are true and correct to the best of my knowledge and belief, and are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

Date: February      , 2025          Signature: _____
                                                 Craig A. Butler

2

**EXHIBIT R-1: Plaintiff's July 29, 2024 Reapplication for Desktop Support Technician**

Plaintiff submitted a formal application on July 29, 2024, through the Southeast Delco School District's TalentEd PowerSchool portal for the Desktop Support Technician position. This sub-exhibit contains two screenshots: one verifying submission of the application, and another confirming that 12 professional references were entered into the system. Despite this complete and timely reapplication, the District later claimed that no internal documentation or communications related to the application existed.



← Submitted Applications          **Desktop Support Technician**

Job Application    **Job Description**

## IT Tech Support                                                    ♡

Southeast Delco School District
Southeast Delco School District - Folcroft, Pennsylvania   Open in Google Maps

Applied On : 07/29/2024 | Application Received

## Job Details

Job ID:   4515492
Application Deadline:   Posted until filled
Re-Posted:   Aug 27, 2024
Starting Date:   Immediately

ⓘ This job posting is closed

| ☐ Name ⬍ | Email | Relationship | Reference Letter | Returned | |
|---|---|---|---|---|---|
| ☐ Chris Berardi | cberardi@kaplaw.com | Colleague | Charles Reccomendation - CJB.pdf | Yes | Edit |
| ☐ Gianna Bruzzese | gbruzzese@sedelco.org | Colleague | | Yes | Edit |
| ☐ Mohammed Diakite | mdk612005@gmail.com | Colleague | | Yes | Edit |
| ☐ Laura Kluza | lkluza@sedelco.org | Colleague | | Yes | Edit |
| ☐ Marissa Phillips | mphillips@sedelco.org | Colleague | | Yes | Edit |
| ☐ Ted Roth | troth@sedelco.org | Colleague | | Yes | Edit |
| ☐ Daniel Ruane | druane@sedelco.org | Colleague | Charles Gibbone Letter of Recommendation.doc | Yes | Edit |
| ☐ Robert Rust | rrust@sedelco.org | Colleague | | Yes | Edit |
| ☐ Samantha Striar | sstriar@sedelco.org | Colleague | | Yes | Edit |
| ☐ Preston Tarr | prestontarr11@gmail.com | Colleague | | Yes | Edit |
| ☐ David Tatum | dtatum@dciu.org | Colleague | | Yes | Edit |
| ☐ Michael Williams | mwilliams@sedelco.org | Colleague | | Yes | Edit |

 # Southeast Delco School District

SHARON HILL SCHOOL
701 Coates Street Sharon Hill, Pa. 19079

To Whom It May Concern,

It is with distinct pleasure that I recommend Charles Gibbone for an Information Technology (IT) Position with your company. I have had the opportunity to supervise Charles over the past year and can identify several characteristics that would make him an excellent addition to our staff.

Charles is dedicated to the profession. Charles' knowledge of technology, and his technological skills are excellent. He is able to troubleshoot any problem that comes his way and he never hesitates to answer the call when someone is in need of technological support. Charles is always willing to go out of his way to assist any staff or student who has an issue. If he does not have the immediate answer, he will find it.

Charles brings the utmost empathy to his daily interactions with the students and the staff. He offers a caring, understanding, and empowering environment for all of the students and staff he supports. Charles has excellent interpersonal communication. He has developed a positive and respectful rapport with all students, staff, administrators, and school families.

It is with complete confidence and without hesitation that I recommend Charles Gibbone for an Information Technology (IT) Position with your company. With his abilities, flexibility, and dedication, Charles will be a welcomed addition to your staff. Feel free to contact me with any questions.

Sincerely,

Daniel Ruane

**EXHIBIT R-5: June 18, 2025 Affidavit of Craig Butler**

This affidavit, submitted after the District failed to respond to the RTK request and defaulted in the appeal, states that the District possesses no internal communications, evaluations, or deliberative records regarding Plaintiff's July 29, 2024 reapplication, despite his formal submission and inclusion of twelve references. Mr. Butler's sworn admission that no such records exist suggests that the application was never substantively reviewed, which supports Plaintiff's First Amendment retaliation claim by evidencing adverse treatment following protected activity. The absence of standard documentation further supports Monell liability by pointing to systemic disregard for lawful and transparent hiring practices.

**COMMONWEALTH OF PENNSYLVANIA**
**OFFICE OF OPEN RECORDS**

In the Matter of                   :

CHARLES GIBBONE       :

Requester,                 :       Docket No.: AP 2025-1242

                                :

v.                            :

                                :

SOUTHEAST DELCO SCHOOL   :

DISTRICT,                 :

Respondent.

### <u>ATTESTATION OF CRAIG A. BUTLER</u>

1.     I, Craig A. Butler, serve as the Chief Operating and Financial Officer ("COO/CFO") and Open Records Officer ("ORO") for Southeast Delco School District ("School District").

2.     This attestation is being submitted in response to the Office of Open Records May 20, 2025 Final Determination directing the School District to submit a sworn affidavit or a statement made under penalty of perjury demonstrating that certain records do not exist.

3.     Before sending the School District's May 1, 2025 Response to the subject Right-to-Know Law request ("Request"), I conducted a good-faith search for records by communicating with those individuals at the School District who would have the relevant knowledge as to whether any records existed with respect to each of the request items included in the subject Request. This included appropriate personnel in the School District's Human Resources Department and Department of Technology.

4.     As a result of my searching inquiries, I have found that no records exist that would be responsive to Requester's request items 1, 2, and 4. The same is correct in regard to the portion of request item 3 seeking "internal memos."

5.     In addition, as to these same records, I personally do not possess such records and have no firsthand knowledge of the whereabouts of any such records.

6.      I, Craig A. Butler, do hereby swear that the above factual statements are true and correct

to the best of my knowledge and belief. I make these statements knowing that they are

subject to penalty for perjury under the laws of the United States of America.


Date: June 18, 2025                    Signature: _____

                                                                Craig A. Butler

2

**EXHIBIT S-2: June 18, 2025 Attestation of Craig A. Butler – OOR Dkt. AP 2025-1449**

This affidavit was submitted in response to the above appeal. In it, Craig Butler affirms that the District holds no documentation relating to Plaintiff's April 2024 interview—even though it was conducted in person by multiple senior officials, who took visible notes. Mr. Butler also confirms there are no internal emails or memos discussing Plaintiff's termination, no incident response documentation, and no security footage, despite Plaintiff's building access being revoked prior to his arrival and administrators treating his termination as a security event. Crucially, Mr. Butler discloses that as of June 2024, he is no longer responsible for oversight of the Technology Department material shift following the incident. This sub-exhibit demonstrates a breakdown in internal procedures and transparency, supporting Plaintiff's Monell claim by showing a pattern of non-documentation and retaliatory control over hiring decisions.

## COMMONWEALTH OF PENNSYLVANIA
## OFFICE OF OPEN RECORDS

In the Matter of                    :

                                :

CHARLES GIBBONE            :

Requester,                 :     Docket No.: AP 2025-1341

                                :

v.                          :

                                :

SOUTHEAST DELCO SCHOOL   :

DISTRICT,                   :

Respondent.

### ATTESTATION OF CRAIG A. BUTLER

1.    I, Craig A. Butler, serve as the Chief Operating and Financial Officer ("COO/CFO") and Open Records Officer ("ORO") for Southeast Delco School District ("School District").

2.    This attestation is being submitted in response to the Office of Open Records' June 24, 2025 Final Determination directing the School District to provide "records responsive to Items 1, 3, 4 and 6 [of the March 28, 2025 RTKL request], as stated above, to the Requester within thirty days."

3.    The OOR specified these items as follows: "Item 1, any and all documentation and internal assessments used in reviewing the Requester's April 2024 application for employment; Item 3, any communication or documentation confirming Craig Butler's removal or reassignment from overseeing the Technology Department; Item 4, incident response forms (or similar documents) written by three specific employees [David Jackson, Racquel Irons or Latarsha Threadgill] regarding the Requester's termination; and Item 6, directives exchanged between Craig Butler and other District administrators between April 28, 2024, and May 1, 2024, discussing the decision to terminate the Requester's contract on the morning of April 30, 2024; the deactivation of the Requester's District keycard and email; and security or administrative arrangements for the termination event."

4.   I conducted a good-faith search for records responsive to Items 1, 3, 4 and 6, as specified by the OOR, and respond to each of the foregoing Items as follows.

5.   Item 1: Mr. Gibbone's application was viewed, but not selected for consideration. I have found that no documentation or internal assessments as specified by the OOR exists.

6.   Item 3: My reassignment from overseeing the Technology Department was part of a realignment of positions that included shifting this responsibility to the Assistant Superintendent for Curriculum and Instruction and transferring the responsibility of overseeing the Security Department to me, as explained by Superintendent Yamil Sanchez at the June 27, 2024 Business Meeting of the Southeast Delco Board of School Directors. Dr. Sanchez' statements and a display of the updated Organizational Chart for the School District can be reviewed at https://www.youtube.com/watch?v=FP-aT6kAMx8&t=723s -- appearing between minutes 11:40 and 13:00 of the School Board meeting video replay. I have found no other communication or documentation confirming my reassignment as specified by the OOR.

7.   Item 4: No incident response forms (or similar documents) as specified by the OOR exist.

8.   Item 6: No records of directives exchanged between myself and other district administrators as specified by the OOR exist. For information, there is an April 30, 2024 email confirming the collection of Requester's "keys bag and laptop [and] all his access to district software has been disabled." A copy is attached hereto.

9.   I personally do not possess any other records and have no firsthand knowledge of the whereabouts of any such other records as specified by the OOR.

10.  I, Craig A. Butler, do hereby swear that the above factual statements are true and correct to the best of my knowledge and belief. I make these statements knowing that they are

2

subject to penalty for perjury under the laws of the United States of America.

Date: __July 23__, 2025          Signature: _____
                                             Craig A. Butler

**EXHIBIT U-1: August 2023 Budgetary Purchase Order Allocating
$87,000 to Robert Half for Technology Staffing**

This budgetary purchase order, dated August 3, 2023, shows that
Southeast Delco School District allocated **$87,000** for services rendered
by Robert Half, the contractor providing the Plaintiff's on-site IT
support. At a vendor rate of $40/hour and a 35-hour workweek, this
funding would have covered over **14 months** of full-time services —
extending well past the Plaintiff's **April 30, 2024** termination. The
Plaintiff was the only Robert Half technician assigned to the district's
technology team. This document directly undercuts any assertion that
Plaintiff's termination was due to the expiration of the contract or lack
of budgetary capacity, reinforcing that the decision to terminate was not
financially compelled, but retaliatory.

```
*************P U R C H A S E   O R D E R*************
```

SHIP TO: ESC                          PURCHASE ORDER NUMBER    2100635
         1560 DELMAR DRIVE
         FOLCROFT, PA. 19032          VENDOR FAX -    -    -
                                                          08/14/23
                                      BILL TO: Southeast Delco School Distric
                                               1560 Delmar Drive
                                               Folcroft PA 19032
         598534                                610-522-4300
         Robert Half                               53977
         12400 Collections Center Dr
         Chicago IL 60693

                              BUYER:   TLUCAS
                              SHIP BY:     ASAP

-------------------------------------------------------------------------------
     Description              UOM  Quanity    Unit Price      Amount
-------------------------------------------------------------------------------

     IT                       EA      1       87000.00      87000.00
     *Blanket*

     ACCOUNT                                  AMOUNT
     10-2832-610-000-00-00-00                 87,000.00

     *→ Gold copy*

                                                      MAR , 8 REC'D

          ***LESS TOTAL DISCOUNTS***                   0.00

          ***TOTAL PURCHASE ORDER***                  87000.00

Approval _____

**EXHIBIT U-3: Attestation of Craig A. Butler (Dated July 7, 2025) – No Supporting Documentation or Knowledge of Staffing Need**

In this sworn affidavit submitted in response to the Plaintiff's Right-to-Know appeal (AP 2025-1598), Craig A. Butler, the District's Chief Financial Officer and head of technology operations, admits that no internal documentation, communications, or staffing needs assessments were used to support the creation of the $87,000 BPO for Robert Half. Despite overseeing the department that employed the Plaintiff, Butler confirms that no records exist explaining the allocation. Notably, Butler never met or interacted with the Plaintiff during his entire 13-month tenure. This sworn statement demonstrates that the Plaintiff's role was not meaningfully evaluated, further supporting the allegation that the District acted without administrative due process, and that Plaintiff's termination was detached from any legitimate operational review — thus bolstering both the First Amendment retaliation and Monell claims.

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF OPEN RECORDS

In the Matter of                                  :
                                                  :
CHARLES GIBBONE                                   :
Requester,                                        :          Docket No.: AP 2025-1598
                                                  :
v.                                                :
                                                  :
SOUTHEAST DELCO SCHOOL                            :
DISTRICT,                                         :
Respondent.

## ATTESTATION OF CRAIG A. BUTLER

1.    I, Craig A. Butler, serve as the Chief Operating and Financial Officer ("COO/CFO") and
      Open Records Officer ("ORO") for Southeast Delco School District ("School District").

2.    This attestation is being submitted in response to the Office of Open Records' July 7, 2025
      Final Determination directing the School District to provide "all records responsive to Item
      6 of the [RTKL] Request within thirty days."

3.    The OOR specified these records, to the extent that the District maintains each type of
      record, as "four particular types of documents: staffing requests, internal rate sheets, cost
      estimates and projected hour breakdowns [which were consulted to determine the amounts
      of the BPO's totaling $127,000]."

4.    In my capacity as CFO/COO and as Purchasing Agent for the School District, I am aware
      that the amounts of the BPO's prepared by me were determined based on the
      anticipated/estimated annual costs for services and the frequency of the payments.

5.    As a result of my good-faith search, and based upon my personal knowledge, I have found
      that no types of records specified by the OOR as "staffing requests, internal rate sheets,
      cost estimates [or] projected hour breakdowns" were consulted to determine the amounts
      of the BPO's totaling $127,000.

6.    I personally do not possess such records as specified by the OOR and have no firsthand
      knowledge of the whereabouts of any such records as specified by the OOR.

7.    I, Craig A. Butler, do hereby swear that the above factual statements are true and correct
      to the best of my knowledge and belief. I make these statements knowing that they are
      subject to penalty for perjury under the laws of the United States of America.

Date: August 6 , 2025          Signature: _____
                                                Craig A. Butler

2

**EXHIBIT X:  February 17, 2023 Email from Robert Half Recruiter Abby Fox Offering Temporary IT Support Role at Southeast Delco School District**

This exhibit is an email from Robert Half recruiter Abby Fox, dated February 17, 2023, offering the Plaintiff a short-term IT Support Technician role at Southeast Delco School District. The job description outlined a basic technical support position lasting 1–2 months on-site in Folcroft, Pennsylvania, with standard hours (Monday through Friday, 8:00 AM to 4:00 PM). The role emphasized tasks such as break/fix support on laptops and desktops, Windows and Google Cloud environments, Microsoft Office, hardware/software deployment, and imaging with Clonezilla and Kangaroo. Light A/V work and strong customer service skills were also listed as requirements. The email confirms that the position was temporary and suggests the possibility of long-term extension contingent upon performance, which did in fact occur. This foundational exhibit helps establish the nature and scope of the Plaintiff's job duties at the outset of his tenure, confirming that whistleblowing on financial mismanagement, infrastructure failures, and systemic policy issues fell well outside his core responsibilities—thus qualifying his speech as protected under Garcetti v. Ceballos. It also supports claims that the later justifications given for his termination (e.g., alleged unprofessionalism) were pretextual. By framing the Plaintiff's employment as contingent and performance-based, this document helps underscore that his firing only occurred after engaging in protected activity, thereby reinforcing claims of First Amendment retaliation (42 U.S.C. § 1983), Monell liability, and Pennsylvania Whistleblower Law violations.

**From:** Fox, Abigail (03720) <Abigail.Fox@roberthalf.com>
**Sent:** Friday, February 17, 2023 10:35 AM
**To:** 'Charles G'
**Subject:** Additional Opportunity

Hi Charles,

I know you said that you were looking for something remote or hybrid, I do have a short term project with SE Delco, which is located in Folcroft, not too far from you!

**Company:** SE Delco School District (https://www.sedelco.org/Page/1)
**Location:** 1560 Delmar Drive, Folcroft, PA 19032
**Role:** IT Support Tech
**Duration:** 1-2 months
**Pay: 21hr**
**Process:** Resume review/Direct Start for solid techs
- Compliance includes Criminal, FBI child abuse and finger printing checks
**Job Order Number:** 03720-0012599507

**Schedule:**
Monday-Friday (8am-4pm)- **37.5 hour work week**

**Call Notes:**
- ==Customer service and communication skills are important==
- Technical support and ticket support (remote and via deskside support)
- Will be supporting 2 locations but both within a mile of each other (must have reliable vehicle)
- Main technical skills:
  - Focused around break/fix with laptops and desktops
  - Familiarity with google cloud (GCP)
  - Windows support/Microsoft suite
  - Deployment and installation of hardware and software (utilize Dell/Lenovo hardware)
  - Imaging experience nice to have (they utilize clonezilla and kangaroo for imaging)
  - Light A/V work as well

**Abby Fox**
Branch Director of Recruiting
**Technology**
Company: (888) 396-0099 Ext: 67118
Direct Line: (267) 996-4347
Connect with us: LinkedIn | Facebook | Twitter | Instagram | YouTube | Blog
**Robert Half** | 1735 Market Street | Suite 2500 | Philadelphia | PA 19103 | roberthalf.com



**EXHIBIT Z-1: Demand Letter from Plaintiff's Counsel to District Solicitor Robert DiOrio (July 2025)**

A formal demand letter sent by Plaintiff's counsel outlining claims under the First Amendment, Monell liability, and Pennsylvania law. The letter requests a good faith settlement discussion, warning of imminent litigation if unresolved.

Tese Law LLC
1324 Valley Drive
West Chester, PA 19382
www.teselaw.com
(201) 500-TESE
(512) 956-TESE

$$T_L$$

Gabriel Vincent Tese, Esquire
Founding Partner
vince@teselaw.com
Licensed in NJ, NY, PA & TX

July 2, 2025

***Via Certified USPS Mail To:***

Robert Diorio, Esquire
DiOrio & Sereni, LLP
1 West Front Street Media, PA 19063

***Copy via email to: rdiorio@dioriosereni.com***

**Re: Charles Gibbone v. Southeast Delco School District and Craig Butler – Demand,**
**Notice of Claims, and Request for Statute of Limitations Tolling Agreement**

Dear Attorney Diorio:

I understand you are the current Solicitor for the Southeast Delco School District (the "District"). I represent Charles Gibbone in connection with his unlawful termination from the District on April 30, 2024, in retaliation for his protected whistleblower activities and First Amendment speech regarding financial misconduct and waste of taxpayer funds.

Based on my initial investigation, it is my understanding that Mr. Gibbone was terminated less than 24 hours after he (1) sent an email to CFO Craig Butler criticizing the District's financial management and infrastructure failures, and (2) requested to speak at a public board meeting. The District claimed he was terminated for "unprofessionalism" but has since admitted under oath that no documentation exists supporting this allegation. Also, multiple professional references from District colleagues contradict any claims of unprofessionalism.

Even more concerning is that my client's case seems to follow a pattern of retaliation against financial whistleblowers, including the August 2023 removal of Director of Accounting Nikeya Fisher for raising similar concerns. I understand that another employee has recently filed a lawsuit alleging whistleblower retaliation against Mr. Butler and the District and that the District is currently under active criminal investigation by the Delaware County District Attorney's Office for fraud and public corruption.

As detailed in the attached draft complaint, my client has strong claims for:

- First Amendment retaliation under 42 U.S.C. § 1983
- Monell liability against the District
- Pennsylvania Whistleblower Law violations

As a result of Mr. Butler and the District's actions, Mr. Gibbone has suffered significant

July 2, 2025
Re: Charles Gibbone v. Southeast Delco School District and Craig
Butler – Demand, Notice of Claims, and Request for Statute of
Limitations Tolling Agreement

economic damages including substantial lost wages, ongoing reduced earning capacity,
and substantial reputational harm.

## *STATUTE OF LIMITATIONS TOLLING REQUEST*

While the federal claims are timely, the Pennsylvania Whistleblower Law has a 180-day
limitation period. Our position is that this statute was properly tolled until February 2025 when
Mr. Gibbone discovered through Right-to-Know proceedings that the District
possessed no documentation supporting their stated termination reason.
To facilitate settlement discussions, we request that the District agree to toll all
applicable statutes of limitations for 60 days.

## *SETTLEMENT DEMAND*

To resolve this matter without litigation, Mr. Gibbone demands $200,000 in damages,
plus agreement that the District will provide a neutral employment reference and
confirmation from the Board that they will investigate the fraud, waste, and abuse that
my client has identified and reported.

Please confirm by July 9, 2025, whether the District will agree to the tolling request. If
not, we will file the attached federal complaint immediately to preserve Mr. Gibbone's
rights. We believe the evidence clearly establishes liability and look forward to
discussing a reasonable resolution.

Regards,

Vince Tese

**Attorney for Charles Gibbone**

*Encl*
Draft Federal Complaint
Draft Tolling Agreement

cc: Charles Gibbone