**Name:**

**Charles A. Gibbone Jr**

**Email Address:**

ca_gibbone@knights.neumann.edu

**Phone Number**

4847455025

**Are you filing a new case?**

Yes, I'm filing a new case.

**Case Caption**

**NEW CASE**

**Case Number**

**NEW CASE**

**Description of Document(s)**

Legal Complaint / Attached Exhibits

**Terms of Submission**

Yes

**Do you have a mailing address?**

Yes

**Mailing Address Line 1**

925 Beatty Road

**City:**

Springfield

**State:**

PA

**Zip Code:**

19064

Show empty values