# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES GIBBONE,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 25-CV-4529** |
| | : | |
| **SOUTHEAST DELCO SCHOOL** | : | |
| **DISTRICT,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 20TH day of August, 2025, Plaintiff Charles Gibbone having filed a Complaint with the Court without either paying the fees to commence a civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

    1.    If Gibbone seeks to proceed with this action he must, within thirty (30) days of the date of this Order, either (1) pay $405 (the $350 filing fee and $55 administrative fee) to the Clerk of Court, or (2) file a motion to proceed *in forma pauperis*.

    2.    Gibbone will be provided with an appropriate non-prisoner application to proceed *in forma pauperis*, bearing the civil action number of this case. Gibbone may use this form to seek leave to proceed *in forma pauperis* if he cannot afford to pay the fees to commence this case.

    3.    If Gibbone fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

                                            **GEORGE WYLESOL**
                                            **CLERK OF COURT**

                                            **By:**    *s/ Stephen Gill*

                                            **Deputy Clerk**