UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES GIBBONE**<br><br>**Plaintiff,**<br><br>v.<br><br>**SOUTHEAST DELCO SCHOOL DISTRICT and CRAIG BUTLER**<br><br>**Defendants.** | :<br>:<br>:<br>: **CIVIL ACTION NO. 2:25-cv-04529-KSM**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE

TO THE COURT:

Kindly enter my appearance as lead counsel for Defendants Southeast Delco School District and Craig Butler in the above-captioned matter.

    Respectfully submitted,

    **WISLER PEARLSTINE LLP**

    */s/Brian R. Elias*
    Brian R. Elias, Esquire

    *Attorneys for Defendants*
    *Southeast Delco School District*
    *and Craig Butler*

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHARLES GIBBONE** | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION NO. 2:25-cv-04529-KSM |
| v. | : |
| | : |
| **SOUTHEAST DELCO SCHOOL** | : |
| **DISTRICT and CRAIG BUTLER** | : |
| | : |
| **Defendants.** | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance was served via this court's electronic filing system upon all counsel of record on the date set forth below.

                                                **WISLER PEARLSTINE LLP**

                                                */s/Brian R. Elias*
                                                Brian R. Elias, Esquire

                                                *Attorneys for Defendants*
                                                *Southeast Delco School District*
                                                *and Craig Butler*

Dated: August 21, 2025