# U.S. District Court

## Pennsylvania Eastern - Philadelphia

Receipt Date: Aug 27, 2025 12:14PM

Charles Gibbone

| Rcpt. No: 20031770 | Trans. Date: Aug 27, 2025 12:14PM | | | Cashier ID: #FD (6577) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| PC | OTCnet Check | #254 | 08/27/2025 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments**: Gibbone v. Southeast Delco School District, Et. Al. - Complaint Filing Fee

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.